B3B (Official Form 3B) (12/07) -- Cont.

# United States Bankruptcy Court
## Northern District of Illinois

In re: Javonta Wilson  
Debtor(s)

Case No. 12 B 35120

**ORDER ON DEBTOR'S APPLICATION FOR WAIVER OF THE CHAPTER 7 FILING FEE**

Upon consideration of the debtor's "Application for Waiver of the Chapter 7 Filing Fee," the court orders that the application be:

[ ] GRANTED.

This order is subject to being vacated at a later time if developments in the administration of the bankruptcy case demonstrate that the waiver was unwarranted.

[✓] DENIED.

The debtor shall pay the chapter 7 filing fee according to the following terms:

$ 76.50 on or before 10/02/12

$ 76.50 on or before 10/30/12

$ 76.50 on or before 11/13/12

$ 76.50 on or before 12/18/12

Until the filing fee is paid in full, the debtor shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

IF THE DEBTOR FAILS TO TIMELY PAY THE FILING FEE IN FULL OR TO TIMELY MAKE INSTALLMENT PAYMENTS, THE COURT MAY DISMISS THE DEBTOR'S CASE.

[ ] SCHEDULED FOR HEARING.

A hearing to consider the debtor's "Application for Waiver of the Chapter 7 Filing Fee" shall be held on _____ at _____ AM/PM at _____.  
(address of courthouse)

IF THE DEBTOR FAILS TO APPEAR AT THE SCHEDULED HEARING, THE COURT MAY DEEM SUCH FAILURE TO BE THE DEBTOR'S CONSENT TO THE ENTRY OF AN ORDER DENYING THE FEE WAIVER APPLICATION BY DEFAULT.

DATE: SEP 20 2012

BY THE COURT:  
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Bankruptcy Case No. |
| | ) | |
| Javonta Wilson, | ) | 12 B 35120 |
| | ) | |
| Debtor. | ) | |

### Certificate of Service

I, Josephine Green, hereby certify that I caused to be mailed, the attached **Order** dated September 20, 2012 to the parties listed via First Class Mail (**) and/or electronically via the Court's electronic notification system:

Javonta Wilson (**)
230 W. 138th Street
Riverdale, IL 60827

Deborah Michelle Gutfeld
Perkins Coie LLP
131 South Dearborn
Suite 1700
Chicago, IL 60603

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604

Dated: **SEP 20 2012**

Josephine Green
Relief Courtroom Deputy